IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY L. COOPER,
    Plaintiff,

vs.                               CASE NO.: 3:07cv329/MCR/MD

GOVERNOR CHARLIE CRIST, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff initiated this action through the filing of a "Petitioner U.S. Federal "Emergency" F.B.I. Federal Judges Petition for Investigation." Upon review, it was determined that plaintiff should have presented his allegations to the court as a civil rights complaint under 42 U.S.C. § 1983. Therefore, on August 13, 2007, this court entered an order (doc. 3) giving plaintiff thirty (30) days to file an amended complaint on the proper forms and to either file a motion to proceed *in forma pauperis* or pay the filing fee in the amount of $350.00. After receiving no response from plaintiff, the court entered an order on September 27, 2007 directing plaintiff to show cause why this case should not be dismissed for plaintiff's failure to prosecute or failure to comply with an order of the court (doc. 4). To date, plaintiff has failed to comply with this court's orders or explain his inability to do so.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    At Pensacola, Florida, this 24th day of October, 2007.

                              /s/ *Miles Davis*
                              **MILES DAVIS**
                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).